UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMIE LUEVANO,

        Plaintiff,

v.

                                                   Case No. 13-13405
                                                   Honorable Victoria A. Roberts

U.S. DISTRICT JUDGE CLEATER, et al,

        Defendants.

_____/

## ORDER

On August 15, 2013, the Court entered an order denying and dismissing Jamie Luevano's Complaint against several defendants, including the governor of Texas, clerk of El Paso, and several judges as frivolous. Luevano filed a motion for rehearing, claiming that the Court erred in deciding that his Complaint was frivolous.

In its discretion, the Court can grant a motion for reconsideration if it is demonstrated that a palpable defect misled the Court in its ruling, correction of which would result in a different disposition. E.D. Mich. L.R. 7(g)(3). Palpable defects are those which are "obvious, clear, unmistakable, manifest or plain." *Mich. Dep't of Treasury v. Michalec*, 181 F. Supp. 2d 731, 734 (E.D. Mich. 2002). "[T]he court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication." E.D. Mich. L.R. 7.1(h)(3). Luevano makes no showing which meets rehearing criteria.

His motion is **DENIED**.

**IT IS ORDERED**.

1

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: September 10, 2013

> The undersigned certifies that a copy of this document was served on the attorneys of record and Jamie Luevano by electronic means or U.S. Mail on September 10, 2013.
>
> S/Linda Vertriest
> Deputy Clerk